# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**PEGGY S. HELLER**
Plaintiff

v.

**TAX EASE EMPLOYEE SERVICES COMPANY, LLC AND TAX EASE HOLDINGS, LLC**
Defendant

3:14-cv-1355

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

**TAX EASE EMPLOYEE SERVICES COMPANY, LLC AND TAX EASE HOLDINGS, LLC,** Defendants

provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Specialty Finance Holdings, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Peggy S. Heller – Plaintiff
Chester & Jeter, LLP – Plaintiff's Counsel
Tax Ease Employee Services Company, LLC and Tax Ease Holdings, LLC – Defendants
Specialty Finance Holdings, Inc. – Parent Company of Tax Ease Holdings, LLC
Trey Gulledge – Partial Owner of Tax Ease Holdings, LLC
Hagan Law Group, LLC – Defendants' Counsel

| | |
|---|---|
| Date: | June 19, 2014 |
| Signature: | s/ John P. Hagan |
| Print Name: | John P. Hagan |
| Bar Number: | 24002203 |
| Address: | 1333 W. McDermott, Suite 200 |
| City, State, Zip: | Allen, TX 75013 |
| Telephone: | 469-519-2761 |
| Fax: | 214-208-5366 |
| E-Mail: | john@hr-lawgroup.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons