IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:14-CV-01355-D
2. Style of case: PEGGY S. HELLER vs TAX EASE EMPLOYEE SERVICES COMPNAY LLC
3. Nature of suit:   EMPLOYMENT/DISCRIMINATION         .
4. Method of ADR used:    **X Mediation**        ☐ Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: 01/07/15
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.            ☐ Settled, in part, as result of ADR

    ☒ Settled as a result of ADR.                 ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1,250.00.00
8. Duration of ADR: Half Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    KAREN L HUBBARD – MEDIATOR
    JUSTIN JETER, ESQ – PLA ATTORNEY
    CYNTHIA LAMBERT, ESQ – DEF ATTORNEY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    *//KAREN HUBBARD//*                                January 8, 2015
    Signature                                          Date

    4514 Cole Avenue, Dallas, TX 75205-4181            (214)528-1411
    Address                                            Telephone