## EXHIBIT "A"

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **PEGGY S. HELLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:14-CV-1355 |
| | § | |
| **TAX EASE EMPLOYEE SERVICES** | § | |
| **COMPANY, LLC AND** | § | |
| **TAX EASE HOLDINGS, LLC,** | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Plaintiff Peggy S. Heller ("Plaintiff") and Defendants Tax Ease Employee Services Company, LLC and Tax Ease Holdings, LLC ("Defendants"), parties in the above-referenced cause, and file this Joint Motion to Dismiss with Prejudice and show the Court the following:

Plaintiff and Defendants would show the Court that all matters in controversy between Plaintiff and Defendants have been fully and finally compromised and settled in the above-styled and numbered cause. Plaintiff and Defendants have resolved the disputes that exist between them; therefore, the Parties seek to have the Court dismiss all of Plaintiff's claims against Defendants in the above-referenced cause with prejudice to the refiling of same.

WHEREFORE PREMISES CONSIDERED, Plaintiff and Defendants pray that this Honorable Court enter an Order granting this Joint Motion to Dismiss, and dismiss this cause of action and all claims which were asserted by Plaintiff against Defendants, or which could have

been asserted, with prejudice to the refiling of same and with costs to be paid by the party incurring same.

Respectfully submitted,

_____
Justin Jeter

**Chester & Jeter, LLP**
6301 Gaston Avenue, Suite 730
Dallas, Texas 75214
Tel: 214.865.7772
Fax: 214.593.3663
www.innov8law.com

**ATTORNEYS FOR PLAINTIFF PEGGY S. HELLER**

_____
John P. Hagan
State Bar No. 24002203
Email: john@hr-lawgroup.com
Cynthia J. Lambert
State Bar No. 10868360
cindi@hr-lawgroup.com

**HAGAN LAW GROUP, LLC**
1333 West McDermott
Suite 200
Allen, Texas 75013
Telephone: (469) 519-2760
Fax: (469) 208-5366

ATTORNEYS FOR DEFENDANTS
TAX EASE EMPLOYEES SERVICES, LLC AND TAX EASE HOLDINGS, LLC